FILED

03/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0490

_____

IN RE THE MATTER OF THE ESTATE OF:

ALBERT J. LARGHI,

    Deceased.

ANTHONY CHARLES LARGHI and
MARY PATRICIA FLEMING,                  O R D E R

        Foreign Ancillary Personal
        Representatives and Appellees,

MARISA ROOT,

        Petitioner-Heir and Appellant.

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 15 2023